```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MILTON WARREN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) MILTON WARREN, ) ) Defendant. ) ) _____ ) | 2:97-mj-00204-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE COURT TRIAL**<br><br>DATE: October 8, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |

It is hereby stipulated and agreed to between the United States of America through Matthew Stegman, Assistant U.S. Attorney, and defendant, MILTON WARREN, by and through his counsel, Lauren Cusick, Assistant Federal Defender, that the court trial set for Monday, August 9, 2010, be vacated and set for court trial on Friday, October 8, 2010 at 9:00 a.m.

///

///

///

1  The reason for the continuance is because Mr. Warren is in
2  Washington State on case MAG 10-106-GGH.
3
4  DATED: August 5, 2010                Respectfully submitted,
5                                       DANIEL J. BRODERICK
                                        Federal Defender
6
7                                       /s/ Lauren D. Cusick
                                        LAUREN D. CUSICK
8                                       Assistant Federal Defender
                                        Attorney for Defendant
9                                       MILTON WARREN
10
11 DATED: August 5, 2010                BENJAMIN B. WAGNER
                                        United States Attorney
12
13                                      /s/ Jason Hitt for
                                        MATTHEW STEGMAN
14                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
15
16
17                          **O R D E R**
18    **IT IS SO ORDERED.**
19
20 DATED: August 6, 2010.
21
22
23                                      _____
24                                      KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE
25
26
27
28