```
 1  DANIEL J. BRODERICK, Bar#89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    MILTON WARREN
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
    UNITED STATES OF AMERICA,    )    2:97-mj-00204 KJN
12                               )
               Plaintiff,        )    STIPULATION AND ORDER TO
13                               )    CONTINUE COURT TRIAL
          v.                     )
14                               )    DATE: October 20, 2010
    MILTON WARREN,               )    TIME: 10:00 am.
15                               )    JUDGE: Hon. Kendall J. Newman
               Defendant.        )
16                               )
                                 )
17  _____ )

18
         It is hereby stipulated and agreed to between the United States of
19
    America through Matthew Stegman, Assistant U.S. Attorney, and
20
    defendant, MILTON WARREN, by and through his counsel, Linda C. Harter,
21
    Chief Assistant Federal Defender, that the court trial set for Monday,
22
    (Friday) October 8, 2010, be vacated and set for court trial on
23
    Wednesday, October 20, 2010 at 10:00 am.
24
    ///
25
    ///
26
    ///
27
28
```

The reason for the continuance is because Mr. Warren is in Washington State on case Cr-10-5081(aka 2:10-mj-00106-GGH).

DATED: October 7, 2010            Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                                /s/ Linda C. Harter
                                                LINDA C. HARTER
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                MILTON WARREN

DATED: October 7, 2010            BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Daniel McConkie for
                                                MATTHEW STEGMAN
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**

DATED: October 7 , 2010.            /s/ Kendall J. Newman
                                                KENDALL J. NEWMAN
                                                United States Magistrate Judge