```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  ROBERT D. SWEETIN
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2806
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-97-0204 KJN |
| Plaintiff, ) | Amended Stipulation and Order |
| v. ) | Date: October 20, 2010 |
| ) | Time: 10:00 a.m. |
| MILTON K. WARREN, ) | Judge: Hon. Kendall J. Newman |
| Defendant. ) | |

It is hereby stipulated and agreed between the United States and the defendant, EDMUND WATSON, by and through his undersigned counsel, LINDA HARTER, that the previously scheduled court trial set for October 20, 2010, be vacated and reset for November 17, 2010, at 10:00 a.m.

///
///
///
///
///
///
///

1

This continuance is requested because one of the officers necessary to the government's case is on duty in Iraq and unable to be here for the initially scheduled date.

DATED: October 19, 2010          BENJAMIN B. WAGNER
                                 United States Attorney


                          By:    /s/ Matthew C. Stegman
                                 MATTHEW C. STEGMAN
                                 Assistant U.S. Attorney


DATED: October 19, 2010

                          By:    /s/ Linda Harter
                                 LINDA C. HARTER
                                 Chief Assistant Federal
                                 Defender
                                 Attorney for Defendant
                                 Milton K. Warren


O R D E R

IT IS SO ORDERED:

DATED: October_19, 2010


 /s/ Kendall J. Newman
HON. KENDALL J. NEWMAN
United States Magistrate Judge

2