1  DANIEL J. BRODERICK, Bar#89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MILTON WARREN
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,   )   2:97-mj-00204 KJN
                               )
13         Plaintiff,          )   **STIPULATION AND ORDER TO**
                               )   **CONTINUE COURT TRIAL**
14      v.                     )
                               )   DATE: December 8, 2010
15 MILTON WARREN,              )   TIME: 9:00 am.
                               )   JUDGE: Hon. Kendall J. Newman
16         Defendant.          )
                               )
17 _____   )

18

19     It is hereby stipulated and agreed to between the United States of

20 America through Jill Thomas, Assistant U.S. Attorney, and defendant,

21 MILTON WARREN, by and through his counsel, Linda C. Harter, Chief

22 Assistant Federal Defender, that the court trial set for Wesnesday,

23 November 17, 2010, be vacated and set for court trial on Wednesday,

24 December 8, 2010 at 9:00 am.

25 ///

26 ///

27 ///

28

1   The reason for the continuance is because Mr. Warren is in
2   Washington State on case CR 10-5081.

4   DATED: November 16, 2010          Respectfully submitted,
5                                     DANIEL J. BRODERICK
                                      Federal Defender

7                                     /s/ Linda C. Harter
                                      LINDA C. HARTER
8                                     Assistant Federal Defender
                                      Attorney for Defendant
9                                     MILTON WARREN

11  DATED: November 16, 2010          BENJAMIN B. WAGNER
                                      United States Attorney

13                                    /s/ Jill Thomas
                                      JILL THOMAS
14                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff

17                    **O R D E R**

18  **IT IS SO ORDERED.**

19  DATED: November 17, 2010.

                                      _Kendall J. Newman_
                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE