```
 1   BENJAMIN B. WAGNER
     United States Attorney
 2   JILL THOMAS
     Assistant U.S. Attorney
 3   ROBERT D. SWEETIN
     Certified Law Clerk, Misdemeanor Unit
 4   501 I Street, Suite 10-100
     Sacramento, California  95814
 5   Telephone: (916) 554-2806
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. S-97-0204 KJN |
| | ) | |
| Plaintiff, | ) | Amended Stipulation and Order |
| | ) | |
| v. | ) | Date:  February 28, 2010 |
| | ) | Time:  10:00 a.m. |
| MILTON K. WARREN, | ) | Judge: Hon. Kendall J. Newman |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed between the United States and the defendant, MILTON WARREN, by and through his undersigned counsel, LINDA HARTER, that the previously scheduled court trial set for February 28, 2011 be vacated and reset for April 25, 2011.

///
///
///
///
///
///
///

1

This continuance is requested in order to schedule a witness for the government who is still on active duty in Afghanistan.

DATED: February 24, 2010
BENJAMIN B. WAGNER
United States Attorney

By: /s/ Rachana Shah
JILL THOMAS
Assistant U.S. Attorney

DATED: February 24, 2010

By: /s/ Linda Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
Milton K. Warren

O R D E R

IT IS SO ORDERED:

DATED: February 25, 2011

/s/ Kendall J. Newman
HON. KENDALL J. NEWMAN
United States Magistrate Judge

2