1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  ROBERT D. SWEETIN
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2806

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   Mag. No. 97-204 KJN
                                )
12         Plaintiff,            )   Order
                                )
13     v.                        )
                                )
14 MILTON K. WARREN,             )   DATE: April 25, 2011
                                )   TIME: 9:00 a.m.
15         Defendant.            )   JUDGE: Hon. Kendall J. Newman
   ─────────────────────────────)
16

17     It is Hereby Ordered that the United States of America's
18 motion to dismiss Mag. No. 97-204 KJN is GRANTED.
19     IT IS SO ORDERED.
20 Dated:  April 20, 2011

21

22

23                              _____
24                              KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE
25

26

27

28